# Exhibit B

<u>**Claim Chart for U.S. Patent No. 12,449,161**</u>

| Claim | Nextpower Accused Product(s) |
|---|---|
| 1. A solar panel assembly, comprising: | The Accused Products comprise a solar panel assembly.<br><br><br>https://www.youtube.com/watch?v=M49HQhBy5Fs&t=1199s at 20:00. |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | Built for extreme weather<br><br>As storms grow more frequent and severe, NX Horizon with Hail Pro delivers the readiness and response projects need – today and over the long term. Field-proven and informed by real-world events, its immediate response reduces risk while safeguarding performance and investor returns.<br><br><br><br>https://nextpower.com/products/trackers/nx-horizon-hail-pro |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | NX Horizon with Hail Pro<br>Proactive, effective strategies for a changing climate. Engineered to prepare utility-scale solar systems for hail regions with high-angle stowing, smart automation, and comprehensive event reporting. Proven in laboratory testing and in the field.<br><br>High-Angle Defense<br>With the industry's first 75° stow angle and rapid actuation, NX Hail Pro slashes hail impact force while holding strong in the wind, maximizing glass survivability.<br>Smarter Storm Response<br>NX Hail Pro systems are equipped with operator-triggered and automated, forecast-based stowing for maximum hail resilience. Self-powered control with integrated backup power ensure reliability, even when the power goes out.<br>Preparedness that Pays Off<br>NX Hail Pro bolsters project bankability by reducing severe-convective storm risk and improving insurance terms. Configurable controls adapt to site-specific or portfolio risk profiles, enabling stow strategies that balance power output with risk mitigation.<br>See Details<br><br>https://nextpower.com/products/trackers |
| a plurality of solar panel arrays, each substantially parallel, where the plurality of solar panel arrays comprises a windward array located at an upwind perimeter | The Accused Products comprise a plurality of solar panel arrays, each substantially parallel, where the plurality of solar panel arrays comprises a windward array located at an upwind perimeter of the solar panel assembly. |

| Claim | Nextpower Accused Product(s) |
|---|---|
| of the solar panel assembly, | <br><br>Nextpower NX Horizon Datasheet |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | <br>https://www.youtube.com/watch?v=M49HQhBy5Fs&t=1199s at 20:00. |
| where each of the plurality of solar panel arrays comprises a plurality of racking structures comprising a stationary structural | The Accused Products comprise each of the plurality of solar panel arrays comprising a plurality of racking structures a stationary structural member securely anchored to a ground surface. |

| Claim | Nextpower Accused Product(s) |
| --- | --- |
| member securely anchored to a ground surface; | NX Anchor<br><br>Engineered for long-term stability in a wide array of soil conditions including soft, expansive, medium, and frost-heave. Integration of the foundation system with NX Horizon™ trackers reduces parts, streamlines installation, and expands feasibility for diverse site conditions.<br><br><br><br>Ensures Structural Integrity<br><br>Built to withstand frost heave, settlement, or lateral forces, NX Anchor delivers durable, low-risk reliability. Tailored solutions including Screw, Round, and Blade Piles are each engineered for specific soil types to ensure stability, while optimizing system cost and avoiding remediation.<br><br>Innovative Engineering<br><br>A variety of pile options pair with efficient tracker-frame supports, simplifying integration across diverse soils. Each configuration secures the system with minimal embedment while accelerating tracker installation.<br><br>Precision Installation<br><br>Installation methods match each pile type with standard pile drivers for Round Piles, rotary equipment for Screw Piles, and streamlined concrete applications for regional needs. Semi-automated processes, fewer fasteners, and integrated components ensure efficient installation across all sites.<br><br>See Details<br><br>https://nextpower.com/products/foundations |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | NX Earth Truss<br><br>For projects facing hard, rocky, and mixed soils, NX Earth Truss® eliminates pre-drilling and accelerates installation via its integrated tracker-plus-foundation engineering. Combining advanced drill-and-drive technology with a robust truss system and semi-automated installation, the results are precise, durable, and efficient performance from the ground up.<br><br><br><br>Accelerate with Accuracy<br><br>The unique drill-and-drive method installs hollow screw piles directly into hard and rocky soils, and precise GPS positioning locates the tracker-bearing support in the required location. The semi-automated process enables fast, accurate, and repeatable installation in one continuous operation.<br><br>Build with Confidence<br><br>By eliminating pre-drilling and intelligently adapting to varied terrain and subsurface conditions, NX Earth Truss maintains precise alignment across challenging sites – installing trackers faster and more efficiently.<br><br>Minimize Site Disturbance<br><br>Low noise and dust, minimal grading, and the ability to span natural drainage channels and ditches preserve site integrity while reducing civil works and preparation costs.<br><br>See Details<br><br>https://nextpower.com/products/foundations |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | Traditional Piles<br>For straightforward soil conditions, our proven pile solutions offer reliable performance, cost efficiency, and seamless compatibility with NX Horizon tracker platforms. Leveraging gigawatts of field experience, these foundations have supported vast volumes of solar capacity worldwide.<br><br>Simplified Procurement, Proven Solution<br>Nextpower supports site assessment through installation with established pile technology that streamlines planning and minimizes complexity, enabling projects in uncomplicated soils to progress swiftly and with minimal risk.<br>Precision You Can Count On<br>Using industry-leading geotechnical methods at every site, we verify precision and performance. Whether paired with NX Horizon or NX Horizon XTR™, our traditional piles are customized for site requirements and optimized for construction efficiency.<br>https://nextpower.com/products/foundations |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | NX Horizon with Hail Pro<br>Proactive, effective strategies for a changing climate. Engineered to prepare utility-scale solar systems for hail regions with high-angle stowing, smart automation, and comprehensive event reporting. Proven in laboratory testing and in the field.<br><br>High-Angle Defense<br>With the industry's first 75° stow angle and rapid actuation, NX Hail Pro slashes hail impact force while holding strong in the wind, maximizing glass survivability.<br>Smarter Storm Response<br>NX Hail Pro systems are equipped with operator-triggered and automated, forecast-based stowing for maximum hail resilience. Self-powered control with integrated backup power ensure reliability, even when the power goes out.<br>Preparedness that Pays Off<br>NX Hail Pro bolsters project bankability by reducing severe-convective storm risk and improving insurance terms. Configurable controls adapt to site-specific or portfolio risk profiles, enabling stow strategies that balance power output with risk mitigation.<br>See Details<br><br>https://nextpower.com/products/trackers |
| a rotatable shaft secured to the stationary structural member via a bearing wheel and to which at least first and second solar panels are | The Accused Products comprise a rotatable shaft secured to the stationary structural member via a bearing wheel and to which at least first and second solar panels are mounted via a clamp assembly. |

| Claim | Nextpower Accused Product(s) |
|---|---|
| mounted via a clamp assembly; | Traditional Piles<br>For straightforward soil conditions, our proven pile solutions offer reliable performance, cost efficiency, and seamless compatibility with NX Horizon tracker platforms. Leveraging gigawatts of field experience, these foundations have supported vast volumes of solar capacity worldwide.<br><br>Simplified Procurement, Proven Solution<br>Nextpower supports site assessment through installation with established pile technology that streamlines planning and minimizes complexity, enabling projects in uncomplicated soils to progress swiftly and with minimal risk.<br>Precision You Can Count On<br>Using industry-leading geotechnical methods at every site, we verify precision and performance. Whether paired with NX Horizon or NX Horizon XTR™, our traditional piles are customized for site requirements and optimized for construction efficiency.<br>https://nextpower.com/products/foundations |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | <br>https://nextpower.com/products/trackers |

| Claim | Nextpower Accused Product(s) |
|---|---|
| | <br><br>Nextpower NX Horizon Datasheet |

<table>
<tr><th>Claim</th><th>Nextpower Accused Product(s)</th></tr>
<tr><td>a drive mechanism coupled at a proximate end to the rotatable shaft and coupled at a distal end to an actuator;</td><td>The Accused Products comprise a drive mechanism coupled at a proximate end to the rotatable shaft and coupled at a distal end to an actuator.
<table>
<tr><th colspan="2">General and Mechanical</th></tr>
<tr><td>Architecture</td><td>Horizontal single-axis,<br>independent row,<br>independently balanced</td></tr>
<tr><td>Configuration</td><td>1x module in portrait</td></tr>
<tr><td>Tracking Range of Motion</td><td>Options for ±60° or ±50°<br>60° to 75° stow angles available<br>with Hail Pro</td></tr>
<tr><td>Row Size</td><td>Configurable per module type,<br>string length, and site layout</td></tr>
<tr><td>Array Height</td><td>Rotation axis elevation,<br>1.3 to 1.8 m / 4'3" to 5'10"</td></tr>
<tr><td>Drive Type</td><td>High accuracy slew gear</td></tr>
</table>
Nextpower NX Horizon Datasheet</td></tr>
</table>

| Claim | Nextpower Accused Product(s) |
|---|---|
| | <br>Nextpower NX Horizon Datasheet |

| Claim | Nextpower Accused Product(s) |
|---|---|
| where the rotatable shaft of the windward array comprises a wall thickness and a length that provides a torsional stiffness, which allows the rotatable shaft of the windward array to deflect 60-80 degrees from a horizontal plane that is perpendicular to a length of the stationary structural member, in response to an applied torque from wind speeds in excess of 70 mph, thus positioning the solar panels mounted to the windward array to shield the plurality of solar panel arrays located downwind from the windward array | The Accused Products comprise where the rotatable shaft of the windward array comprises a wall thickness and a length that provides a torsional stiffness, which allows the rotatable shaft of the windward array to deflect 60-80 degrees from a horizontal plane that is perpendicular to a length of the stationary structural member, in response to an applied torque from wind speeds in excess of 70 mph, thus positioning the solar panels mounted to the windward array to shield the plurality of solar panel arrays located downwind from the windward array from high wind loads.<br><br><br>https://youtu.be/HSEvAAXIQ_A?t=84 |

| Claim | Nextpower Accused Product(s) |
| --- | --- |
| from high wind loads. | <br>https://www.youtube.com/watch?v=M49HQhBy5Fs&t=1199s at 19:00-20:58. |

## NX Horizon Specifications

| | |
|---|---|
| Tracking Technology | Horizontal single-axis balanced-mass tracker with independently-driven rows |
| Tracking Range | Up to 120° (± 60°) |
| Control System | 1 Self-Powered Controller (SPC) per tracker; 1 Network Control Unit (NCU) per 100 SPCs |
| Communications | Wireless ZigBee® mesh network/SCADA; no communication wiring required |
| Drive System | One slew gear, 24 VDC motor and self-powered controller w/dedicated solar panel per row |
| DC Capacity | 23-35kWp per tracker row, depending on panel type. Row length up to 90 panels. |
| System Voltage | 1,500 volt or 1,500 volt |
| Power Consumption | No grid power required |
| Ground Coverage Ratio | Fully configurable by customer; typical range 33%-50% |
| Installation Method | Rapid field assembly, no welding required |
| Foundation Types | Compatible with all major foundation types (driven pier, concrete foundation, ground screw) |
| Standard Wind Design | 100 mph/161 kph, 3 second gust per ASCE7-10; configurable for higher wind speeds |
| Safety Stowing | Automated wind and snow stowing with self-contained backup power; no external power required |
| Torsional Limiter | Included at each foundation/bearing for additional wind and snow load protection |
| Principal Materials | Galvanized and stainless steel |
| Grounding Method | Self-grounding structure; separate materials and labor not required |
| Compliance | Grounding/bonding: UL2703; structural design: ASCE7-10 |
| Other Available Options | Snow and flood sensors |
| Warranty | 10 years on structural components; 5 years on drive and control systems |
| Typical Dimensions | Height 2.1 m/6.8 ft (@ 60°), Width 2.0 m/6.4 ft, Length 85 m/283 ft |

Typical 72-cell c-Si configuration: 85 m row with 80 panels mounted in portrait:






NEXTracker

6200 Paseo Padre Parkway
Fremont, CA 94555 USA
+1 510 270 2500
nextracker.com

V

| Claim | Nextpower Accused Product(s) |
|---|---|
| | Nextpower, NX Horizon Self-Powered Tracker<br><br>**General and Mechanical**<br>**Architecture**: Horizontal single-axis, independent row, independently balanced<br>**Configuration**: 1x module in portrait<br>**Tracking Range of Motion**: Options for ±60° or ±50° 60° to 75° stow angles available with Hail Pro<br><br>Nextpower NX Horizon Datasheet |